

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00334-CV

Paulette **BARIBEAU**,
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Court reporter Amy Hinds filed a notification of late record on September 18, 2018. The notification does not request an extension of time. Pursuant to this court's order dated September 17, 2018, Hinds is required to file status reports on September 21 and 27, and the completed record is due October 1, 2018. As our previous order advised, the court will not grant further extensions. Accordingly, the court takes no action on the notification of late record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court